AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| <u>NORMA EDITH TORRES QUINONEZ, et al.</u><br>Plaintiff<br>v.<br><u>CRAWFISH PROCESSING L L C , et al.</u><br>Defendant | )<br>)<br>) Civil Action No. 1:21–CV–01281–DCJ–JPM<br>) Judge David C Joseph<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To:
**Charles Bernard**

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>   **Mary Catherine Yanik**
>   **Tulane Law Clinic**
>   **6329 Freret St**
>   **New Orleans, LA 70118**

   If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __5/14/2021__                                       __/s/ – Tony R. Moore__

1:21–CV–01281–DCJ–JPM
## PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Charles Bernard** was received by me on *(date)*_____.

- I personally served the summons on **Charles Bernard** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____              _____
                                                *Server's signature*

                                           _____
                                                *Printed name and title*

                                           _____
                                                *Server's address*


Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

<u>NORMA EDITH TORRES QUINONEZ, et al.</u>   )
            Plaintiff   )
      v.   ) Civil Action No. 1:21–CV–01281–DCJ–JPM
               ) Judge David C Joseph
<u>CRAWFISH PROCESSING L L C , et al.</u>   )
            Defendant   )

**SUMMONS IN A CIVIL ACTION**

To:
**Crawfish Processing L L C**

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        **Mary Catherine Yanik**
        **Tulane Law Clinic**
        **6329 Freret St**
        **New Orleans, LA 70118**

    If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  5/14/2021       /s/ – Tony R. Moore

1:21–CV–01281–DCJ–JPM
## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for **Crawfish Processing L L C** was received by me on *(date)*_____.

- I personally served the summons on **Crawfish Processing L L C** at *(place)*_____ _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____; or

- I returned the summons unexecuted because _____ _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____            _____
                                                *Server's signature*

                                         _____
                                            *Printed name and title*

                                         _____
                                              *Server's address*

Additional information regarding attemped service, etc: