# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| NORMA EDITH TORRES QUINONEZ and MARTHA ICELA FLORES GAXIOLA, and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CRAWFISH PROCESSING, LLC and CHARLES BERNARD,<br><br>Defendants. | CIVIL ACTION NO. 21-CV-1281<br><br>JUDGE DAVID JOSEPH<br><br>MAGISTRATE JUDGE JOSEPH PEREZ-MONTES |

## JOINT MOTION FOR COURT APPROVAL OF PROPOSED NOTICE TO OPT-IN PLAINTIFFS IN FLSA COLLECTIVE ACTION

NOW INTO COURT, through undersigned counsel, reserving all rights and without waiving any defenses, comes Crawfish Processing, LLC and Charles Bernard (collectively "Defendants") and Norma Edith Torres Quiñonez and Martha Icela Flores Gaxiola (collectively, "Plaintiffs"), who respectfully move the Court jointly for approval of the proposed agreed notice to potential opt-in plaintiffs under this Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), attached as Exhibit 1.

As discussed at the September 14, 2021 Scheduling Conference in this case, Plaintiffs filed this action under the FLSA on behalf of themselves and others similarly situated. The Parties are discussing resolution of this action and have reached agreed language for a proposed notice to potential opt-in plaintiffs ("Notice") and the accompanying consent to join suit form ("Consent Form"). *See* Ex. 1. The Notice and Consent Form are timely, informative, and accurate. The

1

Parties will agree on a suitable translation of the Notice and Consent Form in Exhibit 1 into Spanish. If the Parties cannot agree on a suitable translation, they may seek Court approval of the translation.

The Parties further have agreed that the class shall consist of, and that Notice shall be sent to, the following Potential Class Members: all current and former employees of Defendants who worked for them in crawfish processing or peeling at any time in 2020. Defendants have further agreed to provide Plaintiffs with the names and adequate contact information for Potential Class Members, as well as the payroll information for Potential Class Members, which is necessary to fulfill the notification process. Once this information is produced, the Parties will discuss methods of distributing Notice and will reach out to the Court if its assistance is required. The opt-in deadline is tentatively estimated to be March 15, 2022, but may be adjusted depending on when Notice is able to go out to similarly situated workers.

WHEREFORE, Plaintiffs and Defendants pray that this motion be granted and that the Court approve the proposed Notice and Consent Form, authorizing Plaintiffs to disseminate the agreed Notice.

[*The remainder of this page was intentionally left blank. Signature pages follow.*]

Respectfully Submitted:

By: s/ Cliff LaCour
    Cliff A. LaCour, T.A. #30581
    (clacour@neunerpate.com)
    Benjamin L. Mayeaux #19042
    (bmayeaux@neunerpate.com)
    B. Lance Person #35280
    (lperson@neunerpate.com)
    One Petroleum Center
    1001 W. Pinhook Rd., Suite 200
    Lafayette, Louisiana 70503
    Telephone: (337) 237-7000
    Fax: (337) 233-9450

**Attorneys for Crawfish Processing, LLC and Charles Bernard**

-and-

SOUTHERN MIGRANT LEGAL SERVICES, A PROJECT OF TEXAS RIOGRANDE LEGAL AID, INC.

By: s/ Caitlin Berberich
    Caitlin Berberich, T.A.
    (cberberich@trla.org)
    *Tennessee Bar* #025780
    *Admitted Pro Hac Vice*
    David Huang
    (dhuang@trla.org)
    *Tennessee Bar* #038350
    *Admitted Pro Hac Vice*
    311 Plus Park Blvd., Suite 135
    Nashville, TN 37217
    Telephone: (615) 538-0725
    Fax: (615) 366-3349

-and-

s/ Mary Yanik
Mary Yanik        #36973
(myanik@tulane.edu)
TULANE IMMIGRATION RIGHTS CLINIC
6329 Freret Street, Suite 130
New Orleans, Louisiana 70118
Telephone:   (504) 865-5153
Fax:              (504) 865-8753

**Attorneys for Plaintiffs**