<u>**IMPORTANT NOTICE TO FORMER AND CURRENT EMPLOYEES
OF CRAWFISH PROCESSING, LLC**</u>

**If you worked in crawfish processing or peeling at Crawfish Processing, LLC at any time between January 1, 2020 and December 31, 2020, YOU MAY BE ENTITLED TO JOIN A LAWSUIT FOR UNPAID WAGES AND MONEY DAMAGES.**

Deadline to join:   [currently March 15, 2022, assuming notice timely goes out]

1. **Why am I getting this Notice?**

You are receiving this notice because the Court where this lawsuit was filed has allowed this notice be sent to persons who are identified as current or former employees of Crawfish Processing, LLC ("Crawfish Processing") who worked in crawfish processing or peeling at any time during 2020 who may not have been paid correctly. This notice is intended to describe how affected individuals like you can participate in this lawsuit if you want to.

2. **What is this case about?**

Two workers ("Plaintiffs") employed by Crawfish Processing in 2020 filed a lawsuit alleging that the plant violated a law called the Fair Labor Standard Act, which guarantees workers minimum wages and overtime. The workers say they often worked more than 40 hours a week, but that Crawfish Processing did not pay them overtime (one and one-half times their regular pay rate for all hours above 40 in a week). They also say that the plant charged them an excessive amount of $60 for rent. The lawsuit asks Crawfish Processing to pay these alleged unpaid wages and an additional equal amount of money. Crawfish Processing disputes these claims. The Court has not decided who is right. Other similarly affected workers who join this case may receive money if they win at trial or settle this case with Crawfish Processing.

3. **What are my options?**

You can make a claim for unpaid wages in this case or you can do nothing.

<u>Option 1: Join the case by filing a claim</u>
- According to an agreement between the workers and Crawfish Processing, if you join this case, you will receive all your overtime wages owed based on the hours worked as reflected in Crawfish Processing's records, and an additional amount worth 50% of the value of those wages, plus $20 per workweek in rent reimbursement. Based on the records of Crawfish Processing, if you join this case, you will be paid $_____ (minus applicable taxes). You will not be able to bring your own claims separately against Crawfish Processing for the Fair Labor Standards Act overtime claims from 2020 that are paid through this settlement.
- If you file a claim, you will not have to pay the lawyers anything out of your pocket.
- You may have to answer questions or provide evidence, if you have any.
- **It is illegal for Crawfish Processing to threaten or retaliate against you in any way for participating in this case, including by refusing to rehire you in future seasons. Crawfish Processing, however, may choose not to rehire you for future seasons for other lawful reasons not related to your participation in this lawsuit. Crawfish Processing has already finalized the list of 2022 workers for employment, so your choice to join this case will not impact whether you are rehired.**

- **If you want to join this lawsuit, you must sign and mail, e-mail, fax, or hand deliver the attached "Consent to Join Suit" form to the Plaintiffs' attorneys at the following address or have your own attorney file it directly with the Court by [March 15, 2022]:**

    Caitlin Berberich
    SOUTHERN MIGRANT LEGAL SERVICES
    A Project of Texas RioGrande Legal Aid, Inc.
    311 Plus Park Blvd., Ste. 135
    Nashville, TN 37217
    Telephone: (615) 538-0725
    Fax: (615) 366-3349
    Email: cberberich@trla.org

**The form must be received at this address or filed with the Court no later than [March 15, 2022].**

If you choose to join this lawsuit, you may be represented by the Plaintiffs' counsel, Caitlin Berberich and David Huang of Southern Migrant Legal Services, a Project of Texas RioGrande Legal Aid, Inc. (TRLA), Mary Yanik of the Tulane Immigrant Rights Clinic, or an attorney of your own choosing. TRLA and Mary Yanik will not charge you any fees for our work on this case, but may ask that Crawfish Processing pay costs and attorney's fees to them. The Consent to Join Suit form is not, by itself, an agreement to be represented by TRLA or Mary Yanik.

Option 2: Do nothing

- If you do not wish to participate in the lawsuit, you do not need to do anything.
- Your decision not to join this lawsuit will not affect any rights you may have to pursue claims on your own. However, the Fair Labor Standards Act requires employees to bring claims within 2 years after the wages owed to them were due, or within 3 years for willful violations.
- If you don't timely file a claim and the workers receive money from this lawsuit, you will not get a share.

4. **Where can I get more information?**

You can get more information by calling the Plaintiffs' attorneys or any attorney of your choosing. The Plaintiffs' attorneys are:

> **SOUTHERN MIGRANT LEGAL SERVICES**
> 311 Plus Park Blvd., Ste. 135
> Nashville, TN 37217
>
> **Telephone: (615) 538-0725**
>
> Please indicate that you are calling regarding the Crawfish Processing lawsuit

**The United States District Court for the Western District of Louisiana (Alexandria Division) authorized this Notice but takes no position on the merits of the case.**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **NORMA EDITH TORRES QUIÑONEZ** and **MARTHA ICELA FLORES GAXIOLA, and others similarly situated,** ) ) ) ) ) **Plaintiffs,** ) ) **v.** ) ) **CRAWFISH PROCESSING, LLC and CHARLES BERNARD,** ) ) ) ) **Defendants.** ) ) | CIVIL ACTION<br><br>No. 1:21-cv-01281 |

### CONSENT TO JOIN SUIT UNDER THE FAIR LABOR STANDARDS ACT

I hereby give my consent to join as a party plaintiff in a lawsuit under the Fair Labor Standards Act for wages that may be owed to me for work I performed at Crawfish Processing, LLC.

I give Plaintiffs' counsel, Southern Migrant Legal Services, a project of Texas RioGrande Legal Aid, Inc., permission to file this form on my behalf.

_____     _____
Signature                                                          Date

_____
Printed Name

Return this form to:

>Caitlin Berberich
>SOUTHERN MIGRANT LEGAL SERVICES
>A Project of Texas RioGrande Legal Aid, Inc.
>311 Plus Park Blvd., Ste. 135
>Nashville, TN 37217
>Telephone: (615) 538-0725
>Fax: (615) 366-3349
>Email: cberberich@trla.org

**Please provide us with your contact information so that we may follow up with you:**

### CLAIMANT INFORMATION FORM

**<u>Please print or type the following information</u>:**

This information will not be filed or made part of any public record and is necessary to contact you regarding your participation in the lawsuit.

Name:_____

Any other Name(s) used or known by:

_____

Street Address: _____

Mailing Address: _____

City, State, Country & Zip Code: _____

Daytime Telephone: _____

Evening Telephone: _____

Cellular Telephone: _____

E-Mail Address: _____

Preferred method of contact:_____