**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| NORMA EDITH TORRES QUINONEZ and MARTHA ICELA FLORES GAXIOLA, and others similarly situated, | CIVIL ACTION NO. 21-CV-1281 |
| Plaintiffs, | JUDGE DAVID JOSEPH |
| vs. | |
| CRAWFISH PROCESSING, LLC and CHARLES BERNARD, | MAGISTRATE JUDGE JOSEPH PEREZ-MONTES |
| Defendants. | |

# ORDER

Before the Court is the parties' Joint Motion for Court Approval of Proposed Notice to Opt-In Plaintiffs in this FLSA Collective Action. Having considered the motion and record before the Court,

IT IS ORDERED that the motion is GRANTED.

Alexandria, Louisiana, this _____ day of _____, 2021.

_____
Hon. Joseph Perez-Montes
United States Magistrate Judge
