UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **NORMA EDITH TORRES QUINONEZ, ET AL** | **CIVIL DOCKET NO. 1:21-CV-01281** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **CRAWFISH PROCESSING, LLC, ET AL** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## ORDER

Considering the JOINT MOTION FOR COURT APPROVAL OF PROPOSED NOTICE TO OPT-IN PLAINTIFFS IN FLSA COLLECTIVE ACTION (the "Motion") [Doc. 19], filed by Defendants, Crawfish Processing, LLC and Charles Bernard, and Plaintiffs, Norma Edith Torres Quinonez and Martha Icela Flores Gaxiola,

IT IS HEREBY ORDERED that the Motion is GRANTED.

THUS, DONE AND SIGNED in Chambers on this 4th day of November 2021.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE