# EXHIBIT 1

## FLSA CONSENT FORM

I hereby give my consent to sue under the Fair Labor Standards Act for wages that may be owed to me for work I performed at Crawfish Processing, LLC. I hereby authorize my attorneys to represent me before any court or agency on these claims.

Karla Guadalupe Ureña Sánchez
NAME

_____
SIGNATURE

7/16/2021
_____
DATE

*************************************************************************

## CONSENTIMIENTO PARA ACCIÓN FLSA

Por este medio doy mi consentimiento para que se haga demanda bajo la Ley de Normas Laborales Justas para pagos que se me deban por el trabajo que realicé en Crawfish Processing, LLC. Por este medio autorizo que mis abogados me representen ante cualquier corte o agencia tocante estos reclamos.

Karla Guadalupe Ureña Sánchez
NOMBRE

_____
FIRMA

7/16/2021
_____
FECHA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
DISTRITO OESTE DE LUISIANA

ALEXANDRIA DIVISION
DIVISIÓN DE ALEXANDRÍA

| | |
|---|---|
| NORMA EDITH TORRES QUIÑONEZ and MARTHA ICELA FLORES GAXIOLA, y otros situados de manera similar, | )<br>)<br>)<br>) |
| Demandantes/Plaintiffs, | )   CIVIL ACTION |
| v. | )   No. 1:21-cv-01281 |
| CRAWFISH PROCESSING, LLC and CHARLES BERNARD, | )<br>) |
| Demandados/Defendants. | ) |

### CONSENTIMIENTO PARA UNIRSE A LA DEMANDA BAJO LA LEY DE NORMAS LABORALES JUSTAS (CONSENT TO JOIN SUIT UNDER THE FAIR LABOR STANDARDS ACT)

Por este medio doy mi consentimiento para unirme como demandante en la demanda bajo la Ley de Normas Laborales Justas para pagos que se me deban por el trabajo que realicé en Crawfish Processing, LLC.

Doy permiso a los abogados de los Demandantes, Southern Migrant Legal Services, un proyecto de Texas RioGrande Legal Aid, Inc. para presentar este formulario en mi nombre.

I hereby give my consent to join as a party plaintiff in a lawsuit under the Fair Labor Standards Act for wages that may be owed to me for work I performed at Crawfish Processing, LLC.

I give Plaintiffs' counsel, Southern Migrant Legal Services, a project of Texas RioGrande Legal Aid, Inc., permission to file this form on my behalf.

_____        15-Feb-2022
Firma/Signature                                            Fecha/Date

Ica Mar Estrella Modelo Vega
Nombre escrito/Typed Name

*Aviso a los empleados de Crawfish Processing*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
DISTRITO OESTE DE LUISIANA

ALEXANDRIA DIVISION
DIVISIÓN DE ALEXANDRÍA

| | |
|---|---|
| NORMA EDITH TORRES QUIÑONEZ and MARTHA ICELA FLORES GAXIOLA, y otros situados de manera similar, | ) ) ) ) ) |
| Demandantes/Plaintiffs, | ) ) |
| v. | ) ) |
| CRAWFISH PROCESSING, LLC and CHARLES BERNARD, | ) ) ) ) |
| Demandados/Defendants. | ) ) |

CIVIL ACTION

No. 1:21-cv-01281

**CONSENTIMIENTO PARA UNIRSE A LA DEMANDA
BAJO LA LEY DE NORMAS LABORALES JUSTAS (CONSENT TO JOIN SUIT UNDER
THE FAIR LABOR STANDARDS ACT)**

Por este medio doy mi consentimiento para unirme como demandante en la demanda bajo la Ley de Normas Laborales Justas para pagos que se me deban por el trabajo que realicé en Crawfish Processing, LLC.

Doy permiso a los abogados de los Demandantes, Southern Migrant Legal Services, un proyecto de Texas RioGrande Legal Aid, Inc. para presentar este formulario en mi nombre.

I hereby give my consent to join as a party plaintiff in a lawsuit under the Fair Labor Standards Act for wages that may be owed to me for work I performed at Crawfish Processing, LLC.

I give Plaintiffs' counsel, Southern Migrant Legal Services, a project of Texas RioGrande Legal Aid, Inc., permission to file this form on my behalf.

_Erendira d. J. Perez_ (DocuSigned, BB7D47E57106432...)    2/25/2022
Firma                                                        Fecha

Erendira de Jesus Perez Perez
Nombre escrito

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
DISTRITO OESTE DE LUISIANA

ALEXANDRIA DIVISION
DIVISIÓN DE ALEXANDRÍA

| | |
|---|---|
| NORMA EDITH TORRES QUIÑONEZ and MARTHA ICELA FLORES GAXIOLA, y otros situados de manera similar, | )<br>)<br>)<br>)<br>) |
| Demandantes/Plaintiffs, | ) CIVIL ACTION |
| v. | ) No. 1:21-cv-01281 |
| CRAWFISH PROCESSING, LLC and CHARLES BERNARD, | )<br>)<br>) |
| Demandados/Defendants. | )<br>) |

**CONSENTIMIENTO PARA UNIRSE A LA DEMANDA
BAJO LA LEY DE NORMAS LABORALES JUSTAS (CONSENT TO JOIN SUIT UNDER
THE FAIR LABOR STANDARDS ACT)**

Por este medio doy mi consentimiento para unirme como demandante en la demanda bajo la Ley de Normas Laborales Justas para pagos que se me deban por el trabajo que realicé en Crawfish Processing, LLC.

Doy permiso a los abogados de los Demandantes, Southern Migrant Legal Services, un proyecto de Texas RioGrande Legal Aid, Inc. para presentar este formulario en mi nombre.

I hereby give my consent to join as a party plaintiff in a lawsuit under the Fair Labor Standards Act for wages that may be owed to me for work I performed at Crawfish Processing, LLC.

I give Plaintiffs' counsel, Southern Migrant Legal Services, a project of Texas RioGrande Legal Aid, Inc., permission to file this form on my behalf.

_____        3/4/2022
Firma                                                                   Fecha

Fatima Rocio Ruiz Mancilla
_____
Nombre escrito